IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHERRI L. DAVIS, Individually and on Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § | |
| v. | § § | |
| THE MOSTYN LAW FIRM, P.C. | § § | CIVIL ACTION NO. 4:11-cv-02874 |
| Defendant. | § | |

## JOINT NOTICE REGARDING FILING OF
## PROPOSED NOTICE AND CONSENT FORM

Plaintiffs Sherri Davis, Carlos Alvarado, and Nita Dryden (collectively "Plaintiffs), and Defendant, the Mostyn Law Firm, P.C. ("Mostyn" or "Defendant") file this Notice, and respectfully show the Court as follows:

1.  On January 19, 2012, the Court issued an Order (the "Order") granting conditional certification of a class of Defendant's current and former salaried paralegal employees.

2.  As part of its Order, the Court directed the parties to meet and confer regarding the content of Plaintiffs' proposed notice and consent form and to submit a joint proposed notice and consent form within ten days of the Court's Order, or submit any additional briefing addressing any disputes regarding the content of the notice and consent form. Accordingly, the deadline for the parties to submit their joint proposed notice and consent form is January 30, 2012.

3.  The parties are diligently working toward resolving any issues such that they can file a joint proposed notice and consent form in this case, and will do so by February 3, 2012.

4. This short delay in filing a joint proposed notice and consent form is necessary to allow the parties an opportunity to finalize their joint proposed notice and consent form and present it to the Court, and to prevent any unnecessary expenditure of judicial resources considering any disputes regarding the content of the notice and consent form that could be resolved by the parties.

Respectfully submitted,

| | |
|---|---|
| */s/ Will Stukenberg* | */s/Alex Mabry\** |
| William R. Stukenberg | Alex Mabry *\*signed by permission* |
| Attorney-in-Charge | Attorney-in-Charge |
| State Bar No. 24051397 | State Bar No. 00792043 |
| Federal I.D. No. 55792 | Federal I.D. No. 23479 |
| wstukenberg@meyerwhite.com | THE MABRY LAW FIRM, PLLC |
| MEYER WHITE LLP | 711 West Alabama Street |
| 600 Travis, Suite 900 | Houston, Texas 77006 |
| Houston, Texas 77002 | Telephone: 832.350.8335 |
| Telephone: 713.951.1400 | Facsimile: 713.523.1116 |
| Facsimile: 713.951.1499 | |
| | **ATTORNEY FOR PLAINTIFF** |
| | **SHERRI L. DAVIS** |

Of Counsel:

Peter J. Stuhldreher
State Bar No. 24056393
Federal I.D. No. 699821
pstuhldreher@meyerwhite.com
MEYER WHITE LLP
600 Travis, Suite 900
Houston, Texas 77002
Telephone: 713.951.1400
Facsimile: 713.951.1499

**ATTORNEYS FOR DEFENDANT**
**THE MOSTYN LAW FIRM, P.C.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on the below counsel of record via CM/ECF, on this 27th day of January, 2012.

Alex Mabry
The Mabry Law Firm, PLLC
711 West Alabama Street
Houston, Texas  77006-5005

                                              */s/ Will Stukenberg*
                                              Will Stukenberg