IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SHERRI L. DAVIS, Individually and on Behalf of All Others Similarly Situated,** | § § § | |
| **Plaintiff,** | § | |
| v. | § § | |
| **THE MOSTYN LAW FIRM, P.C.** | § § | **CIVIL ACTION NO. 4:11-cv-02874** |
| **Defendant.** | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Sherri Davis, Carlos Alvarado, and Nita Dryden (collectively "Plaintiffs") dismiss with prejudice any and all claims against Defendant The Mostyn Law Firm, P.C. ("Defendant") that were or could have been raised in the above-styled lawsuit. As evidenced by the signatures of counsel of record below, the parties respectfully request an Order be entered dismissing this lawsuit with prejudice and directing the Clerk of the Court to close this matter. All costs of Court, including attorneys' fees, shall be taxed against the party incurring the same.

AGREED AS TO FORM AND SUBSTANCE:

/s/ Alex Mabry_____   Date: February 29, 2012_____
Alex Mabry
State Bar No. 00792043
The Mabry Law Firm, PLLC
711 West Alabama Street
Houston, Texas 77006-5005
Telephone: (832) 350-8335
Facsimile: (713) 523-1116
amabry@mabrylaw.com

**ATTORNEYS FOR PLAINTIFFS**

| | |
|---|---|
| /s/ William R. Stukenberg__ (by permission)__ | Date: February 29, 2012____ |

William R. Stukenberg
Attorney-in-Charge
State Bar No. 24051397
Federal I.D. No. 55792
wstukenberg@meyerwhite.com
Peter J. Stuhldreher
State Bar No. 24056393
Federal I.D. No. 699821
pstuhldreher@meyerwhite.com
MEYER WHITE LLP
600 Travis, Suite 900
Houston, Texas 77002
Telephone:  713.951.1400
Facsimile:  713.951.1499

**ATTORNEYS FOR DEFENDANT**
**THE MOSTYN LAW FIRM, P.C.**

                                                  Respectfully submitted,

                                                  */s/ Alex Mabry*_____
                                                  Alex Mabry
                                                  State Bar No. 00792043
                                                  The Mabry Law Firm, PLLC
                                                  711 West Alabama Street
                                                  Houston, Texas  77006-5005
                                                  Telephone:  (832) 350-8335
                                                  Facsimile:  (713) 523-1116
                                                  amabry@mabrylaw.com

                                                  **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document was served on the below counsel of record via CM/ECF, on this 29th day of February, 2012.

                                                  Will Stukenberg
                                                  Peter Stuhldreher
                                                  Meyer White LLP
                                                  600 Travis, Suite 900
                                                  Houston, Texas 77002

                                                  */s/ Alex Mabry*_____
                                                  Alex Mabry