IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHERRI L. DAVIS, Individually and on Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| THE MOSTYN LAW FIRM, P.C. | § § | CIVIL ACTION NO. 4:11-cv-02874 |
| Defendant. | § § | |

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Joint Stipulation of Dismissal with Prejudice filed by the parties, the Court ORDERS that the above-styled lawsuit is hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs, and all costs of Court, including attorneys' fees, shall be taxed against the party incurring the same.

SIGNED at Houston, Texas, this 1st day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE